**Appeal Dismissed and Memorandum Opinion filed August 29, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00439-CV

**JASON ARNOLD, Appellant**

**V.**

**ASHLEY CAIN LAND IN HER OFFICIAL CAPACITY AS COUNTY ATTORNEY OF THE 344TH JUDICIAL DISTRICT, Appellee**

**On Appeal from the 344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. 23DCV0985**

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed January 31, 2024. Appellant's notice of appeal was filed June 12, 2024. Appellant's notice of appeal was not filed timely. *See* Tex. R. App. P. 26.1. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time.

*See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On August 1, 2024, notification was transmitted to all parties the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.